**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 21-1443(DSD/DTS)**

Stewart L.,

       Plaintiff,

v.                                                      **ORDER**

Kilolo Kijakazi, Acting
Commissioner of Social Security;
Truestone Financial Credit Union;
and Abe Ross Levine,

       Defendants.


    This matter is before the court upon the report and recommendation of United States Magistrate Judge David T. Schultz dated July 30, 2021. No objections have been filed to that report and recommendation in the time period permitted. Accordingly, based on the R&R and the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.   The report and recommendation [ECF No. 7] is adopted in its entirety;

    2.   This case is dismissed without prejudice for lack of jurisdiction; and

    3.   Plaintiff's pending motions [ECF Nos. 2 & 5] are denied as moot.

Dated: August 24, 2021

                         s/David S. Doty
                         David S. Doty, Judge
                         United States District Court